JOHN E. BOUZANE, ESQ. SBN: 79804
LAW OFFICES OF JOHN E. BOUZANE
634 OAK COURT
SAN BERNARDINO, CALIFORNIA 92410

909-889-5151
FAX: 909-889-3900

Attorneys for Defendant

UNITED STATES DISTRICE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RUBEN HERNANDEZ, et al., | ) Case No.: CV F 09-0251 LJO DLB |
| Plaintiff, | ) ORDER EXPUNGING NOTICE OF |
| | ) PENDING ACTION  (CALIFORNIA CIVIL |
| vs. | ) CODE § § 405, 405.2 & 405.36 |
| CALIFORNIA RECONVEYANCE, etc. et al. | ) Date: |
| | ) Time: |
| Defendant | ) Dept: |

Superior Court Case No: S-1500-265485 was removed to this court and was given Case No: CV F 09-0251 LJO DLB.

On 11/18/08 Plaintiff, Ruben Hernandez filed in the State Court Action and recorded a Notice of Pending Action concerning certain real property described in the Notice of Pendency of Action as:

APN: 494-251-07 and commonly known as 8711 Goldfinch Drive, Bakersfield, Ca 93312. (Attached hereto is a true and correct copy of the Notice of Pendency of Action).

On March 4, 2009 this action was dismissed by court order for Plaintiff's failure to comply with court orders.

Within the meaning of California Code of Civil Procedure § 405.020 and § 405.36, there is no longer a action pending that effects the real property described herein.

MOTION TO EXPUNGE NOTICE OF PENDING ACTION - 1

1      Therefore, the Notice of Pending Action is ordered expunged within the definition of

2    California Code of Civil Procedure § 405.36.

3

4

5    Dated: August 10, 2009                         _/s/ Lawrence J. O'Neill
                                                     Hon. Lawrence J. O'Neill
6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28